PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0073-KJM |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS CHARGES 1, 5, AND 7 OF THE SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION; FINDINGS AND ORDER |
| v. | |
| GEORGE J. JUNG, | DATE: January 25, 2017 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

By this stipulation, the parties agree and stipulate, and request that the Court find the following:

On or about November 10, 2017, the United States Probation Office filed a Superseding Petition For Warrant Or Summons For Offender Under Supervision (the "Petition"), stating the following seven charges against George J. Jung (the "Offender"):

1. Unauthorized/Excessive Use of Alcohol

2. Unauthorized Travel

3. Unauthorized Travel

4. Unauthorized/Excessive Use of Alcohol

5. Unauthorized/Excessive Use of Alcohol

6. Failure to Provide Access to Requested Financial Information

7. Failure to Answer Truthfully All Inquiries of the Probation Officer

STIPULATION TO DISMISS CHARGES; FINDINGS AND ORDER           1

This matter was before the Court on December 21, 2016, at which time the Offender admitted to Charges 2, 3, 4, and 6, and their factual bases, as set forth in the Petition.  On or about the same date, the parties agreed, after consulting with the Probation Officer, that the remaining charges – Charges 1, 5, and 7 – should be dismissed.

This matter was before the Court on January 25, 2017, for a dispositional hearing related to the admitted charges.  At that time, the Court imposed a sentence, as well as modified terms of supervised release, related to the admitted charges.  The parties did not address Charges 1, 5, and 7 during the hearing, but, by this stipulation, they request respectfully that this Court dismiss these remaining charges.

IT IS SO STIPULATED.

Dated:  January 26, 2017         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ *James R. Conolly*
                                 JAMES R. CONOLLY
                                 Assistant United States Attorney

Dated:  January 26, 2017         /s/ *Linda C. Allison*
                                 LINDA C. ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 George Jung

STIPULATION TO DISMISS CHARGES; FINDINGS AND ORDER

2

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order and grants the parties' request. Consequently, Charges 1, 5, and 7, as stated in the Superseding Petition For Warrant or Summons For Offender Under Supervision, are hereby DISMISSED.

IT IS SO FOUND AND ORDERED this 2nd day of February, 2017

_____
UNITED STATES DISTRICT JUDGE