HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
GEORGE JUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-0073-KJM |
| Plaintiff, | ) ) ) | UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; |
| v. | ) ) ) | ORDER TERMINATING SUPERVISED RELEASE |
| GEORGE JUNG, | ) ) | |
| Defendant. | ) ) | Judge:  Hon. Kimberly J. Mueller |
|                       | ) | |

COMES NOW THE DEFENDANT, GEORGE JUNG, pursuant to 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c)(2), and requests that this Court terminate his term of supervised release.  **This motion is unopposed, no hearing is requested**.

Mr. Jung was convicted of 21 U.S.C. §§ 846 and 841 Conspiracy and Possession of Marijuana with Intent to Distribute.  He was sentenced to a term of 262 months.  He was released from federal prison on November 26, 2014 and began serving a term of supervised release. Jurisdiction was transferred to the Eastern District of California after he moved to this district to be close to a family member.

While on supervised release in the Eastern District of California Mr. Jung had issues with alcohol abuse and traveled outside of the jurisdiction without permission.  As a result of those

violations of his conditions of supervised release, his Court revoked his supervision and sentenced him to 3 months in custody followed by a 36 month term of supervised release. The conditions of supervised release included a several months in a halfway house. Mr. Jung was then released to live in the Southern District of California to be near his step-daughter.

18 U.S.C. §3583(e) permits the Court to terminate supervision after at least one year has been served without a hearing. In considering whether or not to terminate supervision the Court is to take into consideration the same factors the Court considered when imposing sentencing. See 18 U.S.C. § 3553(a). Mr. Jung is now 76 years old and has serious health issues. He is requesting termination of supervision so that he might live out the time he has left without being under a federal sentence. He has participated in alcohol treatment and counseling, and no further rehabilitation programs are anticipated. He has been compliant and has proven that he is not a danger to the community or public safety. He has served a long prison sentence and a considerable time on supervised release. In considering all of those factors (public safety, rehabilitation, deterrence, sentencing disparities, etc.), the defense believes that termination of supervision at this time is appropriate.[1]

The parties have both conferred with his probation officer in the Southern District. His probation officer reported to both parties that for some time now Mr. Jung has been completely compliant and cooperative in his supervision.[2] He expressed no concerns about terminating Mr. Jung's supervision at this time. The AUSA has informed counsel that he has no opposition to this motion and that his position could be made clear in this motion.

/ / /

/ / /

/ / /

/ / /

---

[1] Mr. Jung was sentenced to 3 months custody and began that term on December 6, 2016 when he was ordered detained for the violations. His 36 months of supervised release would therefore have begun in early March of 2017 and thus his 36 month term would naturally expire in March of 2020, less than a year from now.
[2] Should the Court wish to contact his probation officer defense counsel can supply the Court with his direct line phone number.

For all of these reasons, the defenses requests that this Court terminate the remainder of Mr. Jung's supervised release term.

DATED: April 19, 2019

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s/ Linda Allison
LINDA ALLISON
Assistant Federal Defender
Attorneys for Defendant
GEORGE JUNG

IT IS HEREBY ORDERED, that Mr. George Jung's term of Supervise Release be Terminated, effective immediately for reasons stated in defense counsels unopposed motion for early termination of supervised release.

DATED: April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE